# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WENDY ELROD,

      Plaintiff,

v.                                     CASE NO.  4:08cv352-RH/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

## ORDER REQUIRING COMMISSIONER TO GRANT APPLICATION FOR DISABILITY BENEFITS

This case is before the court on the magistrate judge's report and recommendation (document 20).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The Commissioner's decision denying the plaintiff's application for disability benefits is REVERSED.  The Commissioner must grant the application

for disability benefits to the date of the alleged onset.  The clerk must enter

judgment and close the file.

SO ORDERED on July 3, 2009.

s/Robert L. Hinkle
United States District Judge