IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDY L. ELROD,

    Plaintiff,

vs.                              CASE NO. 4:08cv352-RH/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act, 28, U.S.C. § 2412, requesting a fee award of $4,043.08. Doc. 26. Defendant has filed a response and does not object to Plaintiff's request.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion, doc. 26, be **GRANTED** and the Commissioner be **ORDERED** to pay Plaintiff's attorney, Heather Freeman, $4,043.080 as a fee award pursuant to the Equal Access to Justice Act.

**IN CHAMBERS** at Tallahassee, Florida, on August 24, 2009.

                                        s/    William C. Sherrill, Jr.
                                        **WILLIAM C. SHERRILL, JR.**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**