# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WENDY L. ELROD,

    Plaintiff,

v.                               CASE NO. 4:08cv352-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation (document 29). No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees is GRANTED. The Secretary must pay the plaintiff's attorney Heather Freeman $4,043.08 as attorney's fees under the Equal Access to Justice Act.

SO ORDERED on September 28, 2009.

                                              s/Robert L. Hinkle
                                              United States District Judge