# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WENDY ELROD,

    Plaintiff,

v.                               CASE NO. 4:08cv352-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 37. No objections have been filed. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 33, is GRANTED. The Secretary must pay attorney's fees of $10,843.92 to Heather Freeman from the plaintiff's past due benefits.

SO ORDERED on June 28, 2010.

                                        s/Robert L. Hinkle
                                        United States District Judge